United States Courts
Southern District of Texas
FILED

AO 91 (Rev 8/01)   Criminal Complaint

## United States District Court

*December 08, 2021*

Nathan Ochsner, Clerk of Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Kevin Valdirmir Orellana-Farfan

## CRIMINAL COMPLAINT

Case Number:     M-21-2549-M

IAE      YOB:    1993
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ **December 7, 2021** _____ in _____ **Hidalgo** _____ County, in

the _____ **Southern** _____ District of _____ **Texas** _____
(*Track Statutory Language of Offense*)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title _____ **8** _____ United States Code, Section(s) _____ **1326** _____ (Felony)

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Kevin Valdirmir Orellana-Farfan was encountered by Border Patrol Agents near Penitas, Texas on December 7, 2021. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 7, 2021, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on July 10, 2020, through Alexandria, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On August 24, 2017, the defendant was charged with Grand Theft and was sentenced to nine (9) months confinement and three (3) years probation.

Continued on the attached sheet and made a part of this complaint:      ☐ Yes  ☒ No

Complaint authorized by AUSA D. Walker
Submitted by reliable electronic means, sworn to and attested
telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

/S/    Christian Salmon
Signature of Complainant

December 8, 2021    at 6:35 a.m.

Christian Salmon                    Border Patrol Agent

J. Scott Hacker                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer